NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SUSANA BALDWIN,                          )
a/k/a SUSANA SANCHES LUVIANO             )
BALDWIN,                                 )
                                         )
            Appellant,                   )
                                         )
v.                                       )       Case No. 2D18-2370
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____     )

Opinion filed April 3, 2019.

Appeal from the Circuit Court for Polk
County; Keith Spoto, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark Green, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.